An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN ROBERTS,
Appellant,
vs.
DWIGHT NEVEN, WARDEN, HIGH
DESERT CORRECTIONAL FACILITY,
Respondent.

No. 63376

**FILED**

AUG 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a purported district court order "entered . . . on or about the 7th day of June, 2013." Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court docket and minute entries indicate that no oral ruling or written order was entered on June 7, 2013. To the extent that appellant is attempting to appeal the order denying the motion for leniency entered on April 9, 2013, such an order is not appealable. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Even if such an order was appealable, the notice of appeal was filed on June 11, 2013, and is untimely. *See* NRAP 4(b) (prescribing 30-day appeal period). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), therefore we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-22648

cc:    Hon. Robert W. Lane, District Judge
       Brian Roberts
       Carl M. Joerger
       Nye County District Attorney
       Attorney General/Carson City
       Nye County Clerk